

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2022

No. 04-22-00454-CV

Billie O. **STONE** d/b/a Stobil Enterprises,
Appellant

v.

**K CLARK PROPERTY MANAGEMENT LLC** and Trans Ventura, LLC Series B,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI03480
Honorable H. Paul Canales, Judge Presiding

# O R D E R

On October 4, 2022, we abated this appeal for the trial court to clarify whether it intended to render a final judgment and, if so, to sign a judgment that is final for purposes of appeal. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 206 (Tex. 2001). On November 22, 2022, the trial court clerk filed a supplemental clerk's record, which contains an "Amended Order Granting Defendant's Motion for Summary Judgment," which is a final and appealable judgment. Therefore, we REINSTATE this appeal on the docket of this court and LIFT our suspension of appellate deadlines. It is ORDERED that appellant's brief is due on **December 28, 2022**.

On November 21, 2022, while this appeal was abated, appellant, who is proceeding *pro se*, filed a "Motion to Reverse and Set Aside Judgment and Relief." We DENY appellant's motion without prejudice to appellant reasserting any arguments made in the motion in his appellant's brief.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2022.



MICHAEL A. CRUZ, Clerk of Court